United States District Court
Southern District of Texas
**ENTERED**
March 18, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| DIEKTRICH M. | § | |
| | § | |
| VS | § | CIVIL ACTION NO. H-24-4578 |
| | § | |
| FRANK BISIGNANO, | § | |
| Commissioner of the SOCIAL | § | |
| SECURITY ADMINISTRATION | § | |

## ORDER ADOPTING MEMORANDUM AND RECOMMENDATION

This case is before the Court for judicial review of an administrative decision (Doc. No. 1). Plaintiff filed a motion for summary judgment (Doc. No. 11) seeking an order remanding the case for an award of benefits or further consideration. Defendant filed a response to Plaintiff's motion and a cross-motion for summary judgment (Doc. No. 19). Plaintiff filed a response opposing Defendant's motion (Doc. No. 20). Magistrate Judge Bray issued his Memorandum and Recommendation (Doc. No. 22). Plaintiff filed objections (Doc. No. 23).

The Court has carefully reviewed, *de novo*, the filings, the applicable law, the Magistrate Judge's Memorandum and Recommendation, and the objections thereto, and agrees with the Magistrate Judge's conclusion. Accordingly, it is hereby

**ORDERED** that Plaintiff's Objections (Doc. No. 23) are **OVERRULED**, the Memorandum and Recommendation (Doc. No. 22) is **ADOPTED**, Plaintiff's motion for summary judgment (Doc. No. 11) is **DENIED**, the Commissioner's cross-motion for summary judgment (Doc. No. 19) is **GRANTED**, the Commissioner's final decision is **AFFIRMED**, and Plaintiff's Complaint (Doc. No. 1) is **DISMISSED** with prejudice.

Entry of this Order shall constitute entry of final judgment.

SIGNED this _____ day of March 2026.

_____
ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE